Eastern District of Kentucky
**FILED**

NOV - 3 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| Denise Meyers | Civil Case No. 2:14-CV-164-WOB-JGW |
| Plaintiff, | |
| vs. | Judge William O. Bertelsman |
| Little Red School House IV, Inc., et al | Magistrate Judge J. Gregory Wehrman |
| Defendants. | |

**NOTICE OF DISMISSAL**

Comes now the Plaintiff, Denise Meyers, by and through counsel, and hereby voluntarily dismisses all claims submitted against Defendant REE Midwest, Inc. d/b/a/ Rainbow Child Care Centers, Inc. (hereinafter "Defendant REE Midwest") with prejudice pursuant to Fed. R.Civ.P. 41(a)(1)(A). Defendant REE Midwest has not submitted an Answer in the above referenced matter or filed for summary judgment. The Plaintiff's claims against the remaining Defendants are not subject to this Notice and will proceed.

Respectfully submitted,

ROUSH & STILZ, P.S.C.

/s/ W. Kash Stilz, Jr.
W. KASH STILZ, JR.
19 West Eleventh Street
Covington, Kentucky 41011-3003
(859) 291-8400 telephone
(859) 291-6555 facsimile
kash@roushandstilzlaw.com

SO ORDERED:
This 3/ day of ~~October~~ Nov., 2014

_William O. Bertelsman_
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2014 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that the foregoing was sent by regular mail to the following:

Alfred D. Malley
8490 Old Toll Road
Florence, KY 41042

Hon. Gail M. Langendorf
Busald Funk Zevely P.S.C.
226 Main Street
Florence, KY 41042

USC of Kentucky, Inc.
421 West Main Street
Frankfort, KY 40601

/s/ W. Kash Stilz, Jr.
W. KASH STILZ, JR.