UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 2:14-cv-00164-WOB-JGW

DENISE MEYERS                                               PLAINTIFF

V.

LITTLE RED SCHOOL HOUSE IV, INC., ET. AL.                   DEFENDANTS

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

      The court having considered the Unopposed Motion for Extension of Time filed by defendants, Little Red School House IV, Inc., Little Red School House X, Inc., and Little Red School House XIV, Inc. and being duly advised finds that the motion shall be GRANTED.

      It is therefore ORDERED that Defendants have up to and including December 19, 2014, to file their response to Plaintiff's Complaint.

DATED_____        _____
                                          JUDGE United States District Court