# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| Denise Meyers | Civil Case No. 2:14-CV-164-WOB-JGW |
| Plaintiff, | |
| **vs.** | |
| Little Red School House IV, Inc., et al | Judge William O. Bertelsman |
| Defendants. | Magistrate Judge J. Gregory Wehrman |
| | **STIPULATION OF DISMISSAL** |

Pursuant to the parties' Settlement Agreement and General Release (the "Agreement"), Plaintiff, Denise Meyers, hereby voluntarily dismisses all claims in the above-captioned case with prejudice. Each party is responsible for their own court costs, attorneys' fees and expenses. This Court will retain jurisdiction to address any disputes concerning the Agreement.

It is therefore ORDERED, ADJUDGED and DECREED that the case be and hereby is DISMISSED with prejudice.

This ____ day of _____, 2014.

_____
WILLIAM O. BERTLESMAN, JUDGE
U.S. DISTRICT COURT

1

2

Agreed by:

/s/ Gail M. Langendorf_____
Hon. Gail M. Langendorf
Busald Funk Zevely P.S.C.
226 Main Street
Florence, KY 41042
T: 859-371-3600
F: 859-525-1040

*Attorneys for Defendant*

/s/ W. Kash Stilz, Jr._____
William Kash Stilz , Jr.
Roush & Stilz, P.S.C.
19 West Eleventh Street
Covington, KY 41011
T: 859-291-8400
F: 859-291-6555
E: kash@roushandstilzlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2014 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that the foregoing was sent by regular mail to the following:

/s/ W. Kash Stilz, Jr. _____
W. KASH STILZ, JR.